**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

**No. 01-60637**
**Summary Calendar**

**FELICIANO FAJARDO-LOPEZ,**

**Petitioner,**

**VERSUS**

**JOHN ASHCROFT, ATTORNEY GENERAL,**

**Respondent.**

Appeal from the United States District Court
For the Northern District of Texas

(A74 369 725)

February 25, 2002

Before DeMOSS, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Feliciano Fajardo-Lopez (Lopez), who is a native and citizen of Mexico, petitions this Court for review of the decision of the Board of Immigration Appeals entered under date of July 19, 2001, which reviewed the decision of the Immigration Judge dated August

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

29, 1997, which denied Lopez's application for suspension of deportation and denied Lopez's request for voluntary departure and ordered him deported to Mexico.

We have carefully reviewed the briefs, the BIA's decision, and relevant portions of the record itself. For the reasons stated by the Board in its decision dated July 19, 2001, we affirm the decision of the Board and dismiss this petition for review.